Stuart Price, Esq. (SBN:150439)
Price Law Group, APC
15760 Ventura Boulevard, Suite 800
Encino, CA 91436
Tel: 818-907-2030
stuart@pricelawgroup.com
Attorneys for Plaintiff
*Patricia Martin*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA MARTIN,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>CAPITAL ONE BANK USA N.A.,<br><br>　　　　　Defendant. | Case No.: 2:17-cv-03939-ODW(GJSx)<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** that Plaintiff Patricia Martin ("Plaintiff") and Defendant Capital One Bank (USA), N.A. ("Defendant") have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. The parties also request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

///

///

///

- 1 -

NOTICE OF SETTLEMENT

1 DATED this 8th day of September 2017

**PRICE LAW GROUP, APC**

By: /s/ Stuart Price
Stuart Price, Esq.
stuart@pricelawgroup.com
Attorneys for Plaintiff
Patricia Martin

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all attorneys of record in this matter.

/s/ Sandra Padilla