# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA MARTIN,<br><br>         Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>         Defendant(s). | Case No.: 2:17-CV-03939-ODW-GJS<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Upon review of the Stipulation for Dismissal of Capital One Bank USA N.A. With Prejudice (ECF No. 20), filed by Plaintiff Patricia Martin and Defendant Capital One Bank USA N.A. and good cause appearing,

**IT IS ORDERED** that the Stipulation (ECF No. 20) is GRANTED. The above entitled matter is hereby dismissed with prejudice, with the parties to bear their own costs and attorney's fees.

Dated: October 16, 2017

_____
Honorable Otis D. Wright, II.
United States District Judge